JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEDA DINESH MAHBUBANI,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 2:26-cv-08561-MBK<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: August 12, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE